IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TASHA K. RUDOLPH,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Case No. 2:13-cv-0057
JUDGE GREGORY L. FROST
Magistrate Judge Kemp

## ORDER

This action seeks review of a final decision of the Commissioner of Social Security ("Commissioner") denying Plaintiff's application for supplemental security income. On October 28, 2013, the United States Magistrate Judge recommended that Plaintiff's statement of errors be overruled and that the Court enter judgment in favor of Defendant Commissioner. (ECF No. 18 at PAGEID# 421.) Although the parties were advised of their right to object to the Magistrate Judge's recommendation and of the consequences of their failure to do so (*id.* at PageID# 421-22), there has been no objection to the Report and Recommendation filed by either party.

The Court has reviewed the Report and Recommendation. Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the Report and Recommendation (ECF No. 18), **OVERRULES** Plaintiff's Statement of Errors (ECF No. 10), and **ORDERS** that judgment be entered in favor of Defendant Commissioner.

        **IT IS SO ORDERED**.

        /s/ Gregory L. Frost
        GREGORY L. FROST
        UNITED STATES DISTRICT JUDGE